No. 91–1259. LITTON MICROWAVE COOKING PRODUCTS, DIVISION OF LITTON SYSTEMS, INC., PREDECESSOR TO MICROWAVE PRODUCTS OF AMERICA, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 91–1285. COLORADO LIBERTARIAN PARTY ET AL. *v.* MEYER, SECRETARY OF STATE OF COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 91–1327. HOLDINESS *v.* CSX TRANSPORTATION, INC. C. A. 4th Cir. Certiorari denied.

No. 91–1342. CONSOLIDATED BEEF INDUSTRIES, INC., INDIVIDUALLY AND AS A FIDUCIARY UNDER THE C. B. I., INC., PENSION PLAN *v.* NEW YORK LIFE INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–1345. ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC. *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1348. MADISON CABLEVISION, INC. *v.* CITY OF MORGANTOWN, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1361. DELTA HOLDINGS, INC. *v.* NATIONAL DISTILLERS & CHEMICAL CORP. C. A. 2d Cir. Certiorari denied.

No. 91–1362. CITY OF PHILADELPHIA ET AL. *v.* SIMMONS, ADMINISTRATRIX OF THE ESTATE OF SIMMONS. C. A. 3d Cir. Certiorari denied.

No. 91–1365. WESLEY *v.* PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW ET AL. Commw. Ct. Pa. Certiorari denied.

No. 91–1381. BIRSNER ET AL. *v.* SIVALIGNHAM ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1390. WEST FARMS ASSOCIATES *v.* STATE TRAFFIC COMMISSION OF CONNECTICUT ET AL. C. A. 2d Cir. Certiorari denied.